397TH DISTRICT COURT
# CASE SUMMARY
## CASE NO. CV-17-1218

| Lake Texoma Highport, LLC dba Highport Maina & Resort & Highport Social Club VS. Alterra Excess & Surplus Insurance Company | § § § § | Location: | 397th District Court |
|---|---|---|---|
| | | Judicial Officer: | Gary, Brian K. |
| | | Filed on: | 08/09/2017 |

## CASE INFORMATION

| | Case Type: | Contract: Consumer/Commercial/Debt |
|---|---|---|
| | Case Flags: | 397th District Court |

## DATE — CASE ASSIGNMENT

**Current Case Assignment**
Case Number        CV-17-1218
Court              397th District Court
Date Assigned      08/09/2017
Judicial Officer   Gary, Brian K.

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | Lake Texoma Highport, LLC dba Highport Maina & Resort & Highport Social | Shields, R. Brian<br>*Retained*<br>972-788-2040(W) |
| Defendant | Alterra Excess & Surplus Insurance Company | HARMON, J. RICHARD<br>*Retained* |

## DATE — EVENTS & ORDERS OF THE COURT — INDEX

| 08/09/2017 | Case Information Sheet |
| 08/09/2017 | Original Petition (OCA)<br>*and Request for Disclosure* |
| 08/09/2017 | Citation<br>Alterra Excess & Surplus Insurance Company<br>Served: 08/30/2017<br>Response Due: 09/25/2017 |
| 08/09/2017 | Email Correspondence<br>*to Attorney* |
| 08/09/2017 | Issuance of Citation<br>*COPY - Issued on Alterra Excess and Surplus Insurance Company - Emailed to Attorney for Service* |
| 09/28/2017 | Answer<br>*Alterra Excess & Surplus Insurance Company* |

## DATE — FINANCIAL INFORMATION

| **Defendant** Alterra Excess & Surplus Insurance Company | |
|---|---|
| Total Charges | 40.00 |
| Total Payments and Credits | 40.00 |

# EXHIBIT B

## 397TH DISTRICT COURT
## CASE SUMMARY
### CASE NO. CV-17-1218

| | |
|---|---:|
| **Balance Due as of 10/2/2017** | 0.00 |
| **Plaintiff** Lake Texoma Highport, LLC dba Highport Maina & Resort & Highport Social | |
| Total Charges | 285.00 |
| Total Payments and Credits | 285.00 |
| **Balance Due as of 10/2/2017** | 0.00 |



FILED
8/9/2017 11:57 AM
Kelly Ashmore
District Clerk
Grayson County

# CIVIL CASE INFORMATION SHEET

Grayson County - 397th District Court

CAUSE NUMBER *(FOR CLERK USE ONLY)*: CV-17-1218    COURT *(FOR CLERK USE ONLY)*: _____

STYLED Lake Texoma Highport, LLC v. Alterra Excess & Surplus Insurance Company
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>R. Brian Shields | Email:<br>bshields@shieldslegal.com | Plaintiff(s)/Petitioner(s):<br>Lake Texoma Highport, LLC<br>dba Highport Marina | ☐ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br>16301 Quorum Drive, Suite 250B | Telephone:<br>972-788-2040 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Addison, TX 75001 | Fax:<br>972-788-4332 | Defendant(s)/Respondent(s):<br>Alterra Excess & Surplus Insurance Company | Custodial Parent: _____<br><br>Non-Custodial Parent: _____ |
| Signature:<br>/s/ Brian Shields | State Bar No:<br>24056310 | *[Attach additional page as necessary to list all parties]* | Presumed Father: _____ |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☑ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>  ☐ Accounting<br>  ☐ Legal<br>  ☐ Medical<br>  ☐ Other Professional Liability:<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>  ☐ Asbestos/Silica<br>  ☐ Other Product Liability<br>  List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>  ☐ With Children<br>  ☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: _____ | ☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>  ☐ Dependent Administration<br>  ☐ Independent Administration<br>  ☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☑ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☑ Over $1,000,000

Print Form

Rev 2/13

FILE
8/9/2017 11:57 AI
Kelly Ashmor
District Cler
Grayson Count

CAUSE NO. CV-17-1218

| | | |
|---|---|---|
| LAKE TEXOMA HIGHPORT, LLC<br>d/b/a HIGHPORT MARINA & RESORT<br>& HIGHPORT SOCIAL CLUB,<br><br>Plaintiff,<br><br>v.<br><br>ALTERRA EXCESS & SURPLUS<br>INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br><br><br>GRAYSON COUNTY, TEXAS<br><br>Grayson County - 397th District Court<br><br>_____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION & REQUEST FOR DISCLOSURE

COMES NOW, Plaintiff Lake Texoma Highport, LLC d/b/a Highport Marina & Resort & Highport Social Club (hereinafter "Highport" or "Plaintiff") and filed this Original Petition and Request for Disclosure against Defendant Alterra Excess & Surplus Insurance Company (hereinafter "Alterra" or "Defendant"), and alleges as follows:

### I. DISCOVERY CONTROL PLAN

1.  Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rules of Civil Procedure 169 because Plaintiff seeks monetary relief aggregating $100,000 or more.

### II. CLAIM FOR RELIEF

2.  Plaintiff seeks monetary relief over $1,000,000.00. Tex. R. Civ. P. 47(c)(5).

### III. PARTIES

*Plaintiff's Original Petition & Request for Disclosure – Page 1*



3.  Plaintiff, Lake Texoma Highport, LLC d/b/a Highport Marina & Resort & Highport Social, is a Texas limited liability company whose principal place of business is 120 Texoma Harbor Drive, Pottsboro, Texas 75076.

4.  Defendant Alterra Excess & Surplus Insurance Company is an active Delaware Corporation. Upon information and belief, its principal place of business is 4521 Highwoods Parkway, Glen Allen, Virginia 23060. Alterra may be served with process by serving its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

## IV.  JURISDICTION & VENUE

5.  This Court has jurisdiction over this matter pursuant to Chapter 37 of the Tex. Civ. Pract. & Rem. Code. This Court has personal jurisdiction over the parties named herein because Plaintiff is a Texas entity or the parties subjected themselves to the State of Texas by purposefully contracting with Plaintiff, a Texas entity. Further, this action grows out of or is connected with the business transacted in this State.

6.  Venue in Grayson County, Texas is appropriate pursuant to Sections 15.002(a)(1); and 15.032 of the Texas Civil Practice and Remedies Code because Grayson County is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred. Further, pursuant to Section 15.032 of the Texas Civil Practice and Remedies Code, suit against fire, marine or inland insurance companies may also be commenced in any county in which the insured property was situated. .

7.  The amount in controversy is within the jurisdictional limits of this Court.

## V.  FACTS



*Plaintiff's Original Petition & Request for Disclosure – Page 2*

8. Plaintiff owns a marina on the southern shore of Lake Texoma in Grayson County, Texas (the "Marina"). The Marina consists of land, a restaurant, a club, multiple docks, a bulkhead and a long list of other property normally associated with marinas.

9. Plaintiff entered into an insurance agreement, policy no. MKLS13XP000664 (the "Policy"), with Defendant that was effective from September 9, 2014 until September 12, 2015 whereby Defendant agreed to insure Plaintiff from loss due to damage caused by wind, specifically excluding flood damage. This Policy provided for $2,500,000.00 of coverage for damage caused by wind.

10. On May 8, 2015 a flood occurred at Lake Texoma causing substantial damage to Plaintiff. This flood continued to rise throughout May until it reached its peak on June 1, 2015. At this point the majority of the Marina was underwater.

11. On May 25, 2015 a severe wind event occurred at the Marina that caused significant damage. A number of boathouses were pushed off their pilings and slammed into one another. This caused extensive damage throughout the Marina.

12. Plaintiff notified Defendant and made a claim on Plaintiff's insurance policy held by Defendant. The policy specifically covers damage caused by wind, not water. All damages Plaintiff is seeking compensation for were caused by wind.

13. However, on August 1, 2017 Defendant's agent, Engle Martin & Associates, denied Plaintiff's insurance claim. Their stated reason was that the damage in question caused to the Marina was caused by flood, not wind. This is simply incorrect.

14. Plaintiff now brings this lawsuit seeking compensation for damages due to the aforementioned wind event.

VI. **COUNT 1 – BREACH OF CONTRACT**

15. Plaintiff incorporates by reference the allegations of the preceding paragraphs 1 through 14.

16. Plaintiff and Defendant entered into a valid and enforceable contract whereby Plaintiff agreed to pay Defendant for property insurance providing blanket coverage for, among other things, all of Plaintiff's real and personal property associated with the Marina.

17. Defendant breached the contract by failing to provide Plaintiff with blanket coverage for the property damaged by the flood, and by failing to properly adjust Plaintiff's claim as required under the policy.

18. As a direct and proximate cause of Defendant's actions, Plaintiff has been damaged in excess of $1,000,000.00.

19. Plaintiff is also seeking all attorneys' fees and costs for pursuing this action against Defendant.

### VII. VIOLATIONS OF DTPA AND INSURANCE CODE

20. Plaintiff incorporates by reference the allegations of the preceding paragraphs 1 through 19.

21. Plaintiff is a consumer, under the Texas Deceptive Trade Practices Act ("DTPA") and Defendant has violated and is liable under §§ 17.46(b)(5), (7) and (23) of the DTPA, Defendant also violated and is liable under the Texas Insurance Code, §§ 541.051(1), 541.060(1) and 541.060(1)-(5), said violations were a producing and/or proximate cause of actual damages to Plaintiff, and justify the award of attorney's fees.

22. Plaintiff would further submit that the alleged violations were committed knowingly, thus entitling Plaintiff to recover additional and/or treble damages.

23. Plaintiff would agree to abate these proceedings for 60 days pursuant to the Texas Deceptive Trade Practices Act.

## VIII. JURY DEMAND

24. Plaintiff demands a jury trial and tenders the appropriate fee with this Petition.

## IX. CONDITIONS PRECEDENT

25. All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

## X. REQUEST FOR DISCLOSURE

26. Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that Defendant be cited to appear an answer, and that upon final trial, the Court order the relief requested hereinabove; award Plaintiff their costs and reasonable and necessary attorney's fees, and for such other and further relief to which Plaintiff is entitled.



Respectfully submitted,
SHIELDS LEGAL GROUP, P.C.
/s/ R. Brian Shields
James D. Shields
State Bar No. 18260400
Bart F. Higgins
State Bar No. 24058303
R. Brian Shields
State Bar No. 24056310
16301 Quorum Drive, Suite 250B
Addison, Texas 75001
(972) 788-2040 -Main
(972) 788-4332 –Facsimile
Email: jshields@shieldslegal.com
bhiggins@shieldslegal.com
bshields@shieldslegal.com

STATE OF TEXAS
COUNTY OF GRAYSON
I, Kelly Ashmore, District Clerk in and for Grayson County Texas, do hereby certify that the above and foregoing is a true and correct copy of the original document as the same appears on file in the District Court, Grayson County, Texas. Witness my hand and seal of the Court, this the ___ day of _____ A.D., 20__.
KELLY ASHMORE, DISTRICT CLERK
GRAYSON COUNTY TEXAS
Deputy

*Plaintiff's Original Petition & Request for Disclosure – Page 6*

KELLY ASHMORE  R. Brian Shields
DISTRICT CLERK  16301 Quprum Drive Suite 250B
JUSTICE CENTER, 200 S. CROCKETT  Addison TX  75001
SHERMAN, TEXAS 75090

# CITATION

### The State of Texas

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Alterra Excess & Surplus Insurance Company**
**The Corporation Trust Company**
**1209 Orange Street**
**Wilmington DE  19801**

Greetings:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** at or before ten o'clock a.m. on the Monday after the expiration of twenty days after the date of service of this citation before the Honorable **397th District Court** of Grayson County, Texas at the Justice Center of said County in Sherman, Texas.  Said Plaintiff's Petition was filed in said court on the 9th day of August, 2017 this case, numbered **CV-17-1218** on the docket of said court, and styled:

Lake Texoma Highport, LLC dba Highport Maina & Resort & Highport Social Club VS. Alterra Excess & Surplus Insurance Company


The nature of the Plaintiff's demand is fully shown by a true and correct copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE. accompanying this citation and make a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under hand and seal of said court at Sherman, Texas, 9th day of August, 2017.

## Kelly Ashmore
District Clerk
Grayson County, Texas

Deputy



CV-17-1218

# SHERIFF'S RETURN

Came to hand on _____ day of _____, _____, at _____ O'clock _____. And executed in _____ County, Texas by delivering to each of the within-named defendant(s), in Person, a true copy of this citation, having first endorsed thereon the date of delivery, Together with the accompanying true and correct copy of the Plaintiff's Petition, at The following times and places, to-wit:

| NAME | Date Yr-Day-Yr | Time | Place, Course, Dist from Court House |
|---|---|---|---|
|  |  |  |  |

Type of Service: Personal   Posting   Publication   Other
Type of Paper: _____

And not executed as to the defendant, _____ the
Diligence used in finding said defendant being_____ and
The cause of failure to execute this process is_____ and
The information received as to the whereabouts of the said defendant _____
_____

Fees – Serving _____
_____, County, Texas


_____
Sheriff/Constable/Police Chief


_____
Deputy

## UNSERVED RETURN

Came to hand on _____, _____ at _____ am/pm and was returned un-served to the issuing court after the following service attempts:

Date/Time          Location          Notes
_____
_____

Fees – Serving _____
_____, County, Texas


_____
Sheriff/Constable/Police Chief


_____
Deputy

### VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

State of Texas
County of _____

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public,
by_____, this_____ day of_____, 20_____.


_____



# Christy Owen

| | |
|---|---|
| **From:** | Christy Owen |
| **Sent:** | Wednesday, August 09, 2017 4:53 PM |
| **To:** | 'kcooper@shieldslegal.com' |
| **Subject:** | CV-17-1218  Highport |
| **Attachments:** | Cit-Civil.pdf |

Attached please find Citation for service. Once service is complete please submit a copy for our records.

Should you have any questions, please feel free to give me a call.

*Christy Owen*

*[signature block, illegible]*



1

Case 4:17-cv-00720-ALM-KPJ   Document 1-2   Filed 10/06/17   Page 13 of 18 PageID #: 20

FILE
9/28/2017 3:42 PI
Kelly Ashmor
District Cler
Grayson Count

CAUSE NO. CV-17-1218

| | | |
|---|---|---|
| LAKE TEXOMA HIGHPORT, LLC<br>d/b/a HIGHPORT MARINA & RESORT<br>& HIGHPORT SOCIAL CLUB, | § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| VS. | § § | GRAYSON COUNTY, TEXAS |
| ALTERRA EXCESS & SURPLUS<br>INSURANCE COMPANY, | § § § | |
| Defendant. | § | 397TH JUDICIAL DISTRICT |

**DEFENDANT ALTERRA EXCESS & SURPLUS INSURANCE COMPANY'S
ORIGINAL ANSWER**

TO THE HONORABLE COURT:

Alterra Excess & Surplus Insurance Company ("Defendant" or "Alterra"), files this Original Answer in response to Plaintiff's Original Petition and shows as follows:

**I.
GENERAL DENIAL**

1.1  Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Alterra generally denies each and every allegation stated in Plaintiff's Original Petition, and since they are allegations of fact, demands strict proof thereof by a preponderance of the credible evidence in accordance with the laws of the State of Texas.

**II.
PRAYER**

2.1  Wherefore, Defendant Alterra Excess & Surplus Insurance Company respectfully prays that Plaintiff take nothing by its suit herein, and for all other relief to which Defendant is justly entitled.

2831386v1
03258.282

                        Respectfully submitted,

                        **THOMPSON, COE, COUSINS & IRONS, LLP**

By:    /s/ J. Richard Harmon
        J. Richard Harmon
        State Bar No. 09020700
        rharmon@thompsoncoe.com
        Linda Szuhy Ressetar
        State Bar Number 24033250
        lressetar@thompsoncoe.com
        700 N. Pearl Street, 25th Floor
        Dallas, Texas 75201
        Telephone (214) 871-8200
        Facsimile (214) 871-8209

        **ATTORNEYS FOR DEFENDANT ALTERRA EXCESS & SURPLUS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via electronic service on this 28th day of September, 2017 on the following counsel of record:

James D. Shields
Bart F. Higgins
R. Brian Shields
Shields Legal Group, PC
16301 Quorum Drive, Suite 250B
Addison, Texas 75001

                        /s/ J. Richard Harmon
                        J. Richard Harmon
                        Linda Szuhy Ressetar



FILED
9/29/2017 10:18 AM
Kelly Ashmore
District Clerk
Grayson County

CAUSE NO. CV-17-1218

| | | |
|---|---|---|
| LAKE TEXOMA HIGHPORT, LLC<br>d/b/a HIGHPORT MARINA & RESORT<br>& HIGHPORT SOCIAL CLUB,<br><br>Plaintiff,<br><br>v.<br><br>ALTERRA EXCESS & SURPLUS<br>INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br><br><br>GRAYSON COUNTY, TEXAS<br><br>Grayson County - 397th District Court<br><br>_____ JUDICIAL DISTRICT |

## RETURN OF SERVICE WITH DECLARATION

On August 29, 2017 at 3:00 P.M., I received *Citation* in the above numbered and entitled cause to be served on defendant **Alterra Excess & Surplus Insurance Company**. I executed said citation by forwarding a copy of it together with the Plaintiff's Original Petition and Request for Disclosure attached thereto to The Corporation Trust Company, the within named defendant's registered agent, at 1209 Orange Street, Wilmington, Delaware 19801 via Certified Mail, Return Receipt Requested on **August 30, 2017**. USPS form 3811 is attached hereto.

My name is Marc R. Jaco. My date of birth is October 30, 1951, and my address is 555 Republic Dr., Ste 200, Plano, Texas 75074 USA. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Collin County, State of Texas on the September 28, 2017.


Declarant

Marc R. Jaco SCH 673
Expires 07/31/2020



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ATECRA EXCESS & SURPLUS
   INSURANCE COMPANY
   C/O THE CORPORATION TRUST CO.
   1209 ORANGE STREET
   WILMINGTON, DE 19801

   9590 9402 2868 7069 6493 60

2. Article Number (Transfer from service label)

   7017 0660 0000 2620 0649

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Amy McLaren   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   RECEIVED SEP 0 6 2017

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



## USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170660000026200649

▶ ▶ ▶ **Delivered**

**Expected Delivery On:** Wednesday, September 6, 2017 ⓘ

### Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See tracking for related item: 95909402286870069649360
(/go/TrackConfirmAction?tLabels=95909402286870069649360)

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 6, 2017, 6:32 am | Delivered, Individual Picked Up at Postal Facility | WILMINGTON, DE 19801 |

Your item was picked up at a postal facility at 6:32 am on September 6, 2017 in WILMINGTON, DE 19801.

| | | |
| --- | --- | --- |
| September 5, 2017, 2:02 pm | Available for Pickup | WILMINGTON, DE 19801 |
| September 5, 2017, 12:41 pm | Arrived at Unit | WILMINGTON, DE 19801 |
| September 5, 2017, 9:07 am | In Transit to Destination | ON ITS WAY TO WILMINGTON, DE 19801 |
| September 4, 2017, 9:07 am | In Transit to Destination | ON ITS WAY TO WILMINGTON, DE 19801 |
| September 3, 2017, 7:07 pm | Departed USPS Regional Destination Facility | WILMINGTON DE DISTRIBUTION CENTER |
| September 3, 2017, 6:58 am | Arrived at USPS Regional Destination Facility | WILMINGTON DE DISTRIBUTION CENTER |
| September 2, 2017, 7:07 pm | Departed USPS Regional Destination Facility | PHILADELPHIA PA DISTRIBUTION CENTER |
| September 2, 2017, 3:37 pm | Arrived at USPS Regional Destination Facility | PHILADELPHIA PA DISTRIBUTION CENTER |

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 2, 2017, 9:48 am | In Transit to Destination | ON ITS WAY TO WILMINGTON, DE 19801 |
| September 1, 2017, 9:48 am | In Transit to Destination | ON ITS WAY TO WILMINGTON, DE 19801 |
| August 31, 2017, 9:48 am | In Transit to Destination | ON ITS WAY TO WILMINGTON, DE 19801 |
| August 30, 2017, 9:48 pm | Departed USPS Regional Facility | COPPELL TX DISTRIBUTION CENTER |
| August 30, 2017, 9:04 pm | Arrived at USPS Regional Origin Facility | COPPELL TX DISTRIBUTION CENTER |
| August 30, 2017, 2:03 pm | USPS in possession of item | DALLAS, TX 75248 |

See Less ∧

## Available Actions

Text & Email Updates                                                                    ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

