IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAKE TEXOMA HIGHPORT, LLC<br>d/b/a HIGHPORT RESORT & MARINA<br>& HIGHPORT SOCIAL CLUB,<br><br>*Plaintiff,*<br>v.<br><br>AXIS SURPLUS INSURANCE COMPANY,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:17-cv-00720 |

## NOTICE OF SETTLEMENT

Plaintiff, Lake Texoma Highport, LLC d/b/a Highport Resort & Marina Highport Social Club ("Plaintiff" or "Highport") and Defendant, Axis Surplus Insurance Company ("Defendant" or "Axis") give notice that this case settled at mediation and closing documents should be submitted to the Court within the next 45 days.

1. The parties attended a scheduled mediation with Ross W. Stoddard, III, on August 28, 2018 wherein a final resolution of this matter was agreed to.

2. The parties are in the process of circulating settlement documents and anticipate that closing documents will be submitted to the Court within the next 45 days.

Respectfully submitted,

**SHIELDS LEGAL GROUP**
*A Professional Corporation*

By: /s/ *R. Brian Shields*
    James D. Shields
    State Bar No. 18260400
    jshields@shieldslegal.com
    R. Brian Shields
    State Bar No. 24056310
    bshields@shieldslegal.com

16301 Quorum Drive, Suite 250B
Addison, Texas 75001
Tel: (972) 788-2040
Fax: (972) 788-4332

**ATTORNEYS FOR PLAINTIFF**

**AND**

**ZELLE, LLP**

By:/s/ *Alexandra S. Fernandez*
Alexandra S. Fernandez
Texas Bar No. 24051786
afernandez@zelle.com
Kerry K. Brown
Texas Bar No. 03149880
kbrown@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record on September 11, 2018 via ECF in accordance with the Federal Rules of Civil Procedure.

By: /s/ *R. Brian Shields*
R. Brian Shields